Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC. d/b/a JOE'S JEANS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02310-WQH-MSB<br><br>**NOTICE OF SETTLEMENT** |

1    Plaintiff Julissa Cota hereby notifies the Court that the claims of Plaintiff
2 have settled on an individual basis. A notice of dismissal with prejudice of
3 Plaintiff's individual claims will be filed upon execution of a formal settlement
4 agreement. Plaintiff reserves the right to reopen within thirty (30) days if a
5 settlement is not finalized.

6

7   Dated: July 22, 2021                          Respectfully Submitted,

8

9                                               */s/ Thiago M. Coelho*
                                                Thiago M. Coelho
10                                              Jasmine Behroozan
11                                              **WILSHIRE LAW FIRM**
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 22, 2021            */s/ Thiago M. Coelho*
                                      Thiago M. Coelho