UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC. d/b/a JOE'S JEANS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-2310-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

　　On November 25, 2020, Plaintiff Julissa Cota initiated this action by filing a class action Complaint against Defendant Sequential Brands Group, Inc. (ECF No. 1). On January 22, 2021, Plaintiff filed Proof of Service as to Defendant. (ECF No. 3). On July 22, 2021, Plaintiff filed a Notice of Settlement that stated: "[T]he claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement." (ECF No. 4 at 2).

　　On February 3, 2022, the Court issued an Order to Show Cause requiring Plaintiff "to show cause as to why this case should not be dismissed for failure to prosecute" because

"[n]o action has been taken in this case since July 2021." (ECF No. 5 at 2). On March 4, 2022, Plaintiff filed a Response. (ECF No. 6). The Response stated that Defendant had informed Plaintiff that Defendant had filed for bankruptcy, and requested "that the Court stay all proceedings until Defendant's bankruptcy matter has been resolved." (*Id.* at 3). On March 8, 2022, the Court issued an Order that stated: "any motion to stay the proceedings shall be filed no later than thirty (30) days from the date of this Order." (ECF No. 7 at 3). The docket reflects no further filings.

      Civil Local Rule 41.1 provides:

> Actions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk. Such a dismissal must be without prejudice, unless otherwise ordered.

CivLR 41.1(a). The docket reflects that Plaintiff has not requested a stay or taken action to prosecute her case in the time since the Court's issuance of the February 3, 2022 Order to Show Cause.

      IT IS HEREBY ORDERED that the Court will dismiss this action without prejudice for failure to prosecute unless, no later than thirty (30) days from the date of this Order, Plaintiff files a motion to stay or takes other action to prosecute the case.

Dated: May 3, 2022

*[signature]*
Hon. William Q. Hayes
United States District Court