Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC. d/b/a JOE'S JEANS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02310-WQH-MSB<br><br>CLASS ACTION<br><br>Honorable Judge William Q. Hayes,<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: November 25, 2020<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Julissa Cota request that this Court enter a dismissal of the entire case, including all claims and causes of action, without prejudice in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: June 3, 2022                              **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
*Attorneys for Plaintiff and Proposed Class*

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**