UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC. d/b/a JOE'S JEANS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-2310-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

　　Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 9) under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

　　IT IS HEREBY ORDERED that this action, including all claims and causes of action, is dismissed without prejudice. Each party shall bear its own fees and costs. The Clerk of the Court shall close the case.

Dated: June 6, 2022

　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court